STATEMENT FOR MATTHEW J. FULTON
6717 CAMPFIELD ROAD
GWYNN OAK, MD. 21207

2021 JUL 29 PM 2:48

COMPLAINT

I, Matthew J. Fulton, Sr., hereby give the following statement.

I am a 35 year career Master Plumber/Pipefitter. During my four plus year employment at Johns Hopkins University (JHU), I worked incident free.

In December of 2017, I suffered a stroke at work, and after seven plus months of doctors visits and rehabilitation, I returned to work, with restrictions. At this point in my life, I had been strategizing my remaining working years, and was hoping that it would be with a respectable organization. I was planning on that with JHU. There were management changes when I returned, work matters became stressful, and I feel that JHU breached the contract that I was employed under with the Local Union 572, Laborers' International Union of North America, AFL-CIOL (LiUNA).

The attached employment termination letter hints that I walked off of the job without permission. Those statements are untrue.

Paragraph one states that on June 21, 2019 I left the university without permission. I was told by my supervisor, John Ross, to go and get medical documentation about any restrictions that I have because he stated that he didn't have any. I contacted the JHU Human Resources director, Bob Libby, and my union rep, Robin, to let them know the same, and that I was contacting my doctor for an appointment. My primary doctor had no available appointments within 30 days so I requested to see any available doctor. I was able to get an appointment for June 26, 2019. Please see attachments 1 and 2.

Paragraph two states that on June 24, 2019 that I reported to work without the medical documentation, punched out, and left the university without permission. Again, I told John that I couldn't get an appointment until June 26. He sent me home. I punched out and left the university as he instructed.

Paragraph three states that on April 9, 2019, that I was issued a verbal warning for leaving the university without approval, and it goes on to quote "Article 3 of the Agreement," referring to the Agreement between JHU and LiUNA, page 63, implying that I violated the "3 in 30" rule. Under Attendance and Time Management, "Three (3) unscheduled, undocumented absences, lateness, or leaving early in a rolling 30 day calendar period of time may be grounds for initiating discipline." I have never had any infractions of performance or behavior throughout my career.

All of my documented attachments provide clear evidence that the accusations in my termination letter were all fabricated, and based on the collective bargaining agreement with LiUNA and JHU, under which I was employed, I did not violate the 3 in 30 rule and was terminated without just cause.

(443) 977-0914

NAME: MATTHEW J. FULTON
ADDRESS: 6717 CAMPFIELD
RD, GWYNN OAK
MD. 21207

COMPLAINT: BREACH OF CONTRACT

PHONE #(443)977-0914